IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT BROOKS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                              No. 13-435-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 6, 2014 (Doc. 17), Petitioner's Motion is **DENIED** and his claims are **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  s/*Caitlin Fischer*
    **Deputy Clerk**

Dated:   October 6, 2014

APPROVED:   Digitally signed by David R. Herndon
Date: 2014.10.06 14:14:39 -05'00'

U.S. DISTRICT JUDGE